a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANA PAULA OLIVEIRA TERRA, Petitioner | CIVIL DOCKET NO. 6:26-CV-01918 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHAD RICE ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Petitioner Ana Paula Oliveira Terra ("Oliveira Terra") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging her continued immigration detention and seeking release from custody. ECF No. 1. According to the online detainee locator service, Oliveira Terra is not in ICE custody.

Accordingly, IT IS ORDERED that, within 14 days, counsel for Oliveira Terra shall advise the Court of Oliveira Terra's current custody and removal status and whether the Petition remains justiciable. If counsel contends that the Petition is not moot, counsel shall briefly explain the basis for that position.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE